```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:22-cr-00030-RFB-DJA
              Plaintiff,       )
                               )   ORDER TEMPORARILY UNSEALING
         vs.                   )   TRANSCRIPT
                               )
JARED EDWARD JAUREQUI,
```

Upon the request of counsel of record, Gail Ivens, Esquire, and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed only to the Court Reporter in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portions: 5/22/2025, ex parte hearing.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to counsel of record, Gail Ivens, Esquire.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this 29th day of August, 2025.

_____
RICHARD F. BOULWARE, II
U.S. District Judge